United States Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID BOTEFUR, | ) |
| | ) NO. 3:16-CV-05767-BAT |
| Plaintiff, | ) |
| | ) ORDER FOR ATTORNEY'S FEES |
| vs. | ) PURSUANT TO 42 U.S.C. § 406(b) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney J. Leanne Martinez is awarded an attorney fee of $5887.50, pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received $3219.22 under the Equal Access to Justice Act, leaving a remaining fee of $2668.28. Social Security is

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [No. 3:16-cv-05767-BAT] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

directed to send $2668.28 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.

DATED this 17th day of December, 2018.

/s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

S/J. Leanne Martinez
J. LEANNE MARTINEZ, WSBA #45358
Attorney for Plaintiff